```
 1  DARRYL J. HOROWITT #100898
    COLEMAN & HOROWITT, LLP
 2  Attorneys at Law
    499 West Shaw, Suite 116
 3  Fresno, California 93704
    Telephone: (559) 248-4820
 4  Facsimile:  (559) 248-4830

 5  Attorneys for Defendants and Counter-
    Claimants, DOUGLAS E. FREEMAN,
 6  CAROL E. FREEMAN, VICKIE A. KASPRZYK,
    DAVID KASPRZYK, and FRESNO DENTAL
 7  SURGERY CENTER, INC.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN J. VALLARINE, D.D.S., | NO.   06 CV 239 AWI DLB |
| Plaintiff, | |
| v. | **SUBSTITUTION OF ATTORNEY AND ORDER THEREON** |
| DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRZYK, DAVID KASPRZYK, and FRESNO DENTAL SURGERY CENTER, INC., a California Corporation, | |
| Defendants, | |
| AND RELATED COUNTER-CLAIMS. | |

Defendants and counter-claimants, DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRZYK, DAVID KASPRZYK, and FRESNO DENTAL SURGERY CENTER, INC., a California corporation, hereby substitute DARRYL J. HOROWITT of Coleman & Horowitt, LLP, 499 West Shaw, Suite 116, Fresno, CA 93704, telephone (559) 248-4820, facsimile (559) 248-4830, as their attorney of record in place and stead of ROBERT P. FORES.

Dated: May 10, 2006          /s/DOUGLAS E. FREEMAN

Dated: May 11, 2006          /s/CAROL E. FREEMAN

*Vallarine v. Freeman, et al.*
<u>Case No. 06 CV 239 AWI DLB</u>

Dated:  May 11, 2006                /s/VICKIE A. KASPRZYK

Dated:  May 11, 2006                /s/DAVID KASPRZYK

Dated:  May 11, 2006                FRESNO DENTAL SURGERY CENTER, INC.,
                                                a California corporation

                                                By: /s/VICKIE A. KASPRZYK

I consent to the above substitution.

Dated:  May 15, 2006                GIANELLI & FORES

                                                By: /s/ROBERT P. FORES

I am duly admitted to practice in this District and accept the above substitution.

Dated:  May 11, 2006                COLEMAN & HOROWITT, LLP

                                                By: /s/DARRYL J.  HOROWITT

                                          **<u>ORDER</u>**

IT IS SO ORDERED.

   **Dated:**   **May 16, 2006**            <u>**/s/ Dennis L. Beck**</u>
3b142a                                         UNITED STATES MAGISTRATE JUDGE