IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN J. VALLARINE, D.D.S., | CASE NO. CV F 06-0239 LJO DLB |
| Plaintiff, | **ORDER TO DENY REQUEST TO CONTINUE DATES** |
| vs. | (Doc. 28.) |
| DOUGLAS E. FREEMAN, et al., | |
| Defendants. | |

This Court's March 5, 2007 order set before this Court a March 6, 2008 pretrial conference and a May 5, 2008 trial. The parties filed their February 29, 2008 stipulation to continue discovery, motion and trial dates and to reset the pretrial conference and trial before the district judge formerly assigned this action. The stipulation lacks good cause to continue dates. As such, this Court:

1. VACATES the March 6, 2008 pretrial conference, subject to resetting; and
2. ORDERS the parties, no later than March 11, 2008, to file declarations to demonstrate good cause to continue discovery, motion and trial dates.

The May 5, 2008 trial remains on calendar unless otherwise reset by this Court.

IT IS SO ORDERED.

**Dated:   March 5, 2008**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE