Stephen E. Carroll, # 116333  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for Plaintiff
ALAN J. VALLARINE, D.D.S.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| ALAN J. VALLARINE, D.D.S., | Case No.  06 CV 00239 LJO DLB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND RELATED PRE-TRIAL DEADLINES** |
| v. | |
| DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRYZK, DAVID KASPRYZK, FRESNO DENTAL SURGERY CENTER, INC., a California Corporation, AND DOES I to XX, | |
| Defendants. | |

  IT IS HEREBY STIPULATED by and between the parties, Plaintiff ALAN J. VALLARINE, D.D.S. ("Plaintiff") and Defendants DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRYZK, DAVID KASPRYZK, and FRESNO DENTAL SURGERY CENTER, INC., (collectively referred to herein as "the Parties") by and through their respective attorneys of record as follows:

  1.  The Parties participated in a mediation for this instant action and in the related state court action entitled *Vallarine v. Freeman, et al.*, Fresno Superior Court Case No. 06 CE CG 00510 AMS before Retired Judge Nickolas J. Dibiaso on August 14, 2007.  The Parties agreed at the mediation that all discovery would be stayed pending the scheduling and completion of the depositions of the Denti-Cal employees.  Defendants attempted to schedule these depositions but

1  because the State of California would not provide dates until they secured representation, the
2  depositions took approximately 4 months to schedule.  These depositions were taken on January
3  9, 2008.  Judge Dibiaso requested that the Parties appear for a second mediation after the
4  completion of the Denti-Cal depositions, which was set for February 25, 2008.  However,
5  Plaintiff decided not to participate in a second mediation because of a disagreement regarding a
6  condition for mediation.  Because of this delay and in order to properly prepare for trial, the
7  Parties agree that the current trial and pre-trial related deadlines, and corresponding discovery that
8  must be undertaken to meet those deadlines, would be unduly hampered if the trial date remains
9  as scheduled.  The Parties wish to engage in further and good faith settlement efforts in order to
10 resolve the matter.

11     2.     Accordingly, the Parties agree that a continuance of the trial and related dates is
12 appropriate and necessary to allow the parties to complete the substantial discovery which must
13 still take place in this matter and engage in further and good faith settlement efforts in order to
14 resolve the matter.

15     3.     Based on the foregoing, the parties hereby stipulate that the court should continue
16 the trial and related dates as follows:

17     a.    Non-expert Discovery Cutoff:  September 11, 2008.
18     b.    Expert Witness Disclosures, including reports:  September 25, 2008
19     c.    Supplemental Expert Disclosures:  October 20, 2008.
20     d.    Expert Discovery Cutoff:  October 30, 2008.
21     e.    Non-Dispositive Motion Filing Deadline:  November 18, 2008.
22     f.    Non-Dispositive Motion Hearing Deadline:  December 9, 2008.
23     g.    Dispositive Motion Filing Deadline:  December 9, 2008.
24     h.    Dispositive Motion Hearing Deadline:  January 9, 2009.
25     i.    Joint Pre-Trial Statement Deadline:  February 6, 2009.
26     j.    Date of Final Pre-Trial Conference:  February 13, 2009, 8:30 a.m., Dept. 4
27     k.    Jury Trial:  March 31, 2009, at 9:00 a.m. (before the Honorable Anthony W. Ishii)
28 (estimated at 10 days).

2

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE, ETC.
CASE NO.  06 CV 00239 LJO DLB

4. The parties also agree that, should any of the above-referenced proposed dates be inconvenient or unacceptable for any reason, the Court has the discretion to set other dates which are more convenient or acceptable. However, counsel request that, in any event, the current dates and/or deadlines in this matter be continued for at least six (6) months.

Dated: February 29, 2008                McCORMICK, BARSTOW, SHEPPARD
                                        WAYTE & CARRUTH LLP


                                        By:      / s /   Stephen E. Carroll
                                                 Stephen E. Carroll
                                                 Attorneys for Plaintiff
                                                 ALAN J. VALLARINE, D.D.S.


Dated: February 28, 2008                COLEMAN & HOROWITT, LLP


                                        By:     / s /     Bonnie J. Anderson
                                                Bonnie J. Anderson
                                                Attorneys for Defendants
                                                DOUGLAS E. FREEMAN, CAROL E.
                                                FREEMAN, VICKIE A. KASPRYZK,
                                                DAVID KASPRYZK, and FRESNO
                                                DENTAL SURGERY CENTER, INC.

## **ORDER**

The Court, having reviewed the Stipulation of the parties and finding good cause, hereby issues an Order continuing the following trial and pre-trial deadlines in this matter as follows:

a. Non-expert Discovery Cutoff: September 11, 2008.

b. Expert Witness Disclosures, including reports: September 25, 2008

c. Supplemental Expert Disclosures: October 20, 2008.

d. Expert Discovery Cutoff: October 30, 2008.

e. Non-Dispositive Motion Filing Deadline: November 18, 2008.

3

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE, ETC.
CASE NO. 06 CV 00239 LJO DLB

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

     f.     Non-Dispositive Motion Hearing Deadline:  December 9, 2008.

     g.     Dispositive Motion Filing Deadline:  December 9, 2008.

     h.     Dispositive Motion Hearing Deadline:  January 9, 2009.

     i.     Joint Pre-Trial Statement Deadline:  February 6, 2009.

     j.     Date of Final Pre-Trial Conference:  February 13, 2009, 8:30 a.m., Dept. 4

     k.     Jury Trial:   March 31, 2009, at 9:00 a.m. (before the Honorable Lawrence J. O'Neill) (estimated at 10 days).

Dated:  March 12, 2008                      \_\_\_\_\_s/ Lawrence J. O'Neill_____
                                                   UNITED STATES DISTRICT COURT JUDGE

1174401.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

4

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL DATE, ETC.
CASE NO.  06 CV 00239 LJO DLB