1  Stephen E. Carroll, # 116333                                  (SPACE BELOW FOR FILING STAMP ONLY)
   David L. Emerzian, #222930
2  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
5  Facsimile:    (559) 433-2300

6  Attorneys for Plaintiff
   ALAN J. VALLARINE, D.D.S.
7

8                        UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

10

11 | ALAN J. VALLARINE, D.D.S., | Case No.  06 CV 00239 LJO

12 |        Plaintiff, | **ORDER TO SHOW CAUSE REGARDING NON-PARTY WITNESS CHET PROHASKA'S FAILURE TO RESPOND TO DEPOSITION SUBPOENA**

13 |    v. |

14 | DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRYZK, DAVID KASPRYZK, FRESNO DENTAL SURGERY CENTER, INC., a California Corporation, AND DOES I to XX, | **Hearing Date: July 25, 2008**
   **Hearing Time: 9:00 a.m.**
   **Hearing Courtroom.: 9**

17 |        Defendants. |

18

19         To Respondent CHET PROHASKA:

20              IT IS HEREBY ORDERED by the Court that you appear in person on July 25,

21 2008, at 9:00 a.m. in Courtroom 9 of the above-entitled Court, located at 2500 Tulare Street,

22 California, then and there to show cause, if any there be, why you should not be adjudged in

23 contempt of court for your failure to respond to the deposition subpoena which includes a request

24 for documents served by Plaintiff ALAN J. VALLARINE, D.D.S.'s (hereinafter "Plaintiff")

25 counsel of record served upon you.

26              The disobedience of CHET PROHASKA is more particularly described in the

27 Application for Order to Show Cause Regarding Non-Party Witness Chet Prohaska's Failure to

28 Respond to Deposition Subpoena, the Declaration of Stephen E. Carroll, and the Declaration of

1  Mary Ramirez filed herewith and made a part hereof.

2        IT IS FURTHER ORDERED that the service by mail of a copy of this Order to
3  Show Cause; Application for Order to Show Cause, Declaration of Stephen Carroll, and the
4  Declaration of Mary Ramirez, and notice by telephone, shall constitute sufficient service on
5  Respondent.

6    Date: 2 July 2008             /s/ *Dennis L. Beck*
7                                        U.S. MAGISTRATE JUDGE

1242384.v1