Stephen E. Carroll, # 116333
David L. Emerzian, #222930
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
ALAN J. VALLARINE, D.D.S.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| ALAN J. VALLARINE, D.D.S.,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRYZK, DAVID KASPRYZK, FRESNO DENTAL SURGERY CENTER, INC., a California Corporation, AND DOES I to XX,<br><br>Defendants. | Case No.  06 CV 00239 LJO<br><br>**ORDER TO SHOW CAUSE REGARDING NON-PARTY WITNESS CHET PROHASKA'S FAILURE TO RESPOND TO DEPOSITION SUBPOENA**<br><br>**Hearing Date: August 15, 2008**<br>**Hearing Time: 9:00 a.m.**<br>**Hearing Courtroom.: 9** |

To Respondent CHET PROHASKA:

      IT IS HEREBY ORDERED by the Court that you appear in person on August 15, 2008, at 9:00 a.m. in Courtroom 9 of the above-entitled Court, located at 2500 Tulare Street, California, then and there to show cause, if any there be, why you should not be adjudged in contempt of court for your failure to respond to the deposition subpoena which includes a request for documents served by Plaintiff ALAN J. VALLARINE, D.D.S.'s (hereinafter "Plaintiff") counsel of record served upon you.

      The disobedience of CHET PROHASKA is more particularly described in the Application for Order to Show Cause Regarding Non-Party Witness Chet Prohask's Failure to Respond to Deposition Subpoena, the Declaration of Stephen E. Carroll, and the Declaration of

Mary Ramirez filed herewith and made a part hereof.

        IT IS FURTHER ORDERED that the service by mail of a copy of this Order to Show Cause; Application for Order to Show Cause, Declaration of Stephen Carroll, and the Declaration of Mary Ramirez, and notice by telephone, shall constitute sufficient service on Respondent.

Date: August 3, 2008                /s/ *Dennis L. Beck*

                                            U.S MAGISTRATE JUDGE

1242384.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

ORDER TO SHOW CAUSE REGARDING NON-PARTY WITNESS CHET PROHASKA'S FAILURE TO RESPOND TO DEPOSITION SUBPOENA