Stephen E. Carroll, # 116333
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Plaintiff
ALAN J. VALLARINE, D.D.S.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| ALAN J. VALLARINE, D.D.S., <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRYZK, DAVID KASPRYZK, FRESNO DENTAL SURGERY CENTER, INC., a California Corporation, AND DOES I to XX, <br><br> Defendants. | Case No.  06 CV 00239 LJO DLB <br><br> **STIPULATION AND ORDER REGARDING EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF TAKING THE DEPOSITION OF MARK HAGELE** |

IT IS HEREBY STIPULATED by and between the parties, Plaintiff ALAN J. VALLARINE, D.D.S. ("Plaintiff") and Defendants DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRYZK, DAVID KASPRYZK, and FRESNO DENTAL SURGERY CENTER, INC., (collectively referred to herein as "the Parties") by and through their respective attorneys of record as follows:

1. Non-expert discovery cutoff of September 11, 2008 shall be extended to September 26, 2008 for the limited purpose of taking the deposition of Mark Hagele.

///

///

| | |
|---|---|
| Dated: September 5, 2008 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| | By: / s / Stephen E. Carroll<br>Stephen E. Carroll<br>Attorneys for Plaintiff<br>ALAN J. VALLARINE, D.D.S. |
| Dated: September 5, 2008 | COLEMAN & HOROWITT, LLP |
| | By: / s / Philip Norgaard<br>Philip Norgaard<br>Attorneys for Defendants<br>DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRYZK, DAVID KASPRYZK, and FRESNO DENTAL SURGERY CENTER, INC. |

**ORDER**

The Court hereby issues an Order extending the non-expert discovery cutoff of September 11, 2008 to September 26, 2008 for the limited purpose of taking the deposition of Mark Hagele.

Dated: September 11, 2008           /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE

1268067.v1

2
STIPULATION & ORDER RE: EXTENSION OF NON-EXPERT DISCOVERY CUT-OFF DATE, ETC.
CASE NO.  06 CV 00239 LJO DLB

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501