# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN J. VALLARINE, D.D.S., | CASE NO. CV F 06-0239 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT AND SETTING STATUS CONFERENCE** |
| vs. | |
| DOUGLAS E. FREEMAN, et al., | |
| Defendants. | |

Defense counsel filed a notice indicating that the case has been settled. Based upon the representations of settlement, this Court VACATES all pending dates and matters, including the March 30, 2009 trial.

The Court sets a settled case status conference for April 16, 2009 at 8:15 a.m. One week before the conference, the parties shall file a joint status report as to the status of the settlement. The parties may appear at the conference by arranging a one line conference call and telephoning the Court at 559-499-5680.

IT IS SO ORDERED.

**Dated:   February 27, 2009**          /s/ Lawrence J. O'Neill
                                                            UNITED STATES DISTRICT JUDGE

1