**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ALAN J. VALLARINE, D.D.S.,

                Plaintiff,

      vs.

DOUGLAS E. FREEMAN, et al.,

                Defendants.

_____/

CASE NO. CV F 06-0239 LJO DLB

**ORDER AFTER SETTLEMENT STATUS CONFERENCE**

The Court held settled case status conference on April 16, 2009 at 8:15 a.m. in Courtroom 4 (LJO). Plaintiff Alan J. Vallarine, D.D.S. appeared by telephone by counsel Stephen E. Carroll. Defendant Fresno Dental Surgery Center, Inc. appeared by telephone by counsel Bonnie Anderson. Defendants Vickie A. Kaspryzk and David Kaspryzk appeared by telephone by counsel Kenneth Powell. Defendants Douglas E. Freeman, D.D.S., deceased, and Carol E. Freeman, proceeding in propria persona, did not appear.

Based on the discussion of the parties and this Court at the status conference, this Court SETS a further settlement status conference on **Thursday, May 14, 2009 at 8:15 a.m. in Courtroom 4 (LJO).** The parties may appear at the conference by arranging a one line conference call and telephoning the Court at 559-499-5680. No later than **May 7, 2009**, the parties shall file a joint settlement status report. If, by May 12, 2009, the Board has not met to vote on the settlement agreement, this Court shall order the Board to convene at a date and time set by this Court to conduct the vote. If the parties file dispositive papers prior to May 14, 2009, this Court shall vacate the settlement status conference.

IT IS SO ORDERED.

**Dated:     April 16, 2009**                    **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE