IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN J. VALLARINE, D.D.S., | CASE NO. CV F 06-0239 LJO DLB |
| Plaintiff, | **ORDER SETTING TRIAL DATE AND IMPOSING SANCTIONS** (Sanctions due by noon 5-15-09) |
| vs. | |
| DOUGLAS E. FREEMAN, et al., | |
| Defendants. | |

This Court conducted a status conference on May 14, 2009. Defendant Fresno Dental Surgery Center, Inc. appeared by telephone by counsel Darryl Horowitt. Defendant Vickie Kaspryzk appeared by telephone by counsel Kenneth Powell. No appearance was made by plaintiff.

For failure to comply with local rules, and pursuant to Local Rule 11-110, sanctions are imposed against the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth, LLP in the amount of $1,000. The sanctions shall be payable to the Court and payable no later than noon on May 15, 2009. (This is the second appearance failure by this firm. Counsel appeared, without excuse, late at another recent court hearing, blaming the lateness on "coffee" commitments)

Trial is set for June 15, 2009 at 8:30 a.m. in Department 4. A separate pretrial order will be issued. While there has been one extraordinary circumstance for limited delay (i.e. the death of a party after settlement occurred), it is clear based on the unexplained multiple delays mentioned on the record at the hearing on May 14, 2009 that the Court does not have the attention of the parties. The trial will be vacated only upon the filing of a dismissal with prejudice.

IT IS SO ORDERED.

**Dated:   May 14, 2009**                      /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE