| | |
|---|---|
| 1 | Stephen E. Carroll, # 116333 |
| | McCormick, Barstow, Sheppard |
| 2 | Wayte & Carruth LLP |
| | P.O. Box 28912 |
| 3 | 5 River Park Place East |
| | Fresno, CA  93720-1501 |
| 4 | Telephone:   (559) 433-1300 |
| | Facsimile:    (559) 433-2300 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | ALAN J. VALLARINE, D.D.S. |

(SPACE BELOW FOR FILING STAMP ONLY)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| ALAN J. VALLARINE, D.D.S., | Case No.  06 CV 00239 LJO |
| Plaintiff, | **STIPULATION FOR DISMISSAL;** |
| v. | **ORDER THEREON** |
| DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRYZK, DAVID KASPRYZK, FRESNO DENTAL SURGERY CENTER, INC., a California Corporation, AND DOES I to XX, | |
| Defendants. | |

Plaintiff ALAN J. VALLARINE, D.D.S. (hereafter "Plaintiff") and Defendants DOUGLAS E. FREEMAN, CAROL E. FREEMAN, VICKIE A. KASPRYZK, DAVID KASPRYZK, FRESNO DENTAL SURGERY CENTER, INC., a California Corporation, by and through their counsels of record, hereby stipulate and agree as follows:

1. The parties, having settled the above-captioned case, hereby agree and stipulate that the above-captioned action be DISMISSED, with prejudice.

2. The parties, by the undersigned counsel for each party, agree that this Stipulation may be signed by counsel, and that all counsel listed below have authorized the submission of this Stipulation to this Court.

**IT IS SO STIPULATED:**

STIPULATION FOR DISMISSAL; [PROPOSED] ORDER

| | |
|---|---|
| Dated: July 10, 2009 | McCORMICK, BARSTOW, SHEPPARD WAYTE & CARRUTH LLP |
| | By: _____/s/_____ <br> Stephen E. Carroll <br> David L. Emerzian <br> Attorneys for Plaintiff <br> ALAN J. VALLARINE, D.D.S. |
| Dated: July 10, 2009 | COLEMAN & HORWITT, LLP |
| | By: _____/s/_____ <br> Darryl J. Horowitt <br> Attorneys for Defendant <br> FRESNO DENTAL SURGERY CENTER, INC., a California corporation |
| Dated: July 10, 2009 | LaFOLLETTE, JOHNSON, DIHAAS, FESLER & AMES |
| | By: _____/s/_____ <br> Kenneth L. Powell <br> Attorneys for Defendants <br> DAVID KASPRZYK <br> VICKIE A. KASPRZYK |
| Dated: July 10, 2009 | |
| | By: _____/s/_____ <br> Carol E. Freeman, In Pro Per <br> Douglas E. Freeman (deceased) |

///

///

///

2

STIPULATION FOR DISMISSAL & [PROPOSED] ORDER

**ORDER**

The parties have stipulated to dismiss the action, with prejudice.  Pursuant to Fed. R. Civ. Pro. 41(a)(ii), the action is DISMISSED, with prejudice.  All dates are VACATED.  The clerk is hereby directed to CLOSE the action.

**IT IS SO ORDERED**.

Dated:  _July 13, 2009___          ___/s/ Lawrence J. O'Neill_____
Hon. Lawrence J. O'Neil
UNITED STATES DISTRICT JUDGE

1404087.v1
89535/00003-1420104.v1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

3

STIPULATION FOR DISMISSAL & [PROPOSED] ORDER